# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0051.  TRACY KUZMINSKY v. VICKY CHAPMAN.**

The deadline for filing a notice of appeal is jurisdictional, so this court is without authority to retroactively extend it "even on grounds such as providential cause and excusable neglect." *Register v. Elliott*, 285 Ga. App. 741, 743 (647 S.E.2d 406) (2007). But see *Piedmont Hosp., Inc. v. D.M.*, 335 Ga. App. 442, 444 (1) (779 S.E.2d 36) (2015).  Petitioner's emergency motion is therefore denied.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/02/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*